IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover  Date: April 3, 2009
Court Reporter: Paul Zuckerman

Criminal Action No. 08-cr-00456-MSK

*Parties*:  *Counsel Appearing*:

UNITED STATES OF AMERICA,  Tim Neff

Plaintiff,

v.

1. JEFFREY HARRIS,  David Lindsey
2. CATHERINE SENNINGER,  Barrett Weisz

       Defendants.

## COURTROOM MINUTES

HEARING: Motions

**4:09 p.m.**     **Court in session**.

Defendant Senninger present on bond. Defendant Harris' appearance has been waived.

The Court addresses defendant Harris' Motion for Disclosure of 404(b) Evidence **(Doc. #44).**

**ORDER:**     defendant Harris' Motion for Disclosure of 404(b) Evidence (**Doc. #44**) is **GRANTED** consistent with the representation made by the Government.

The Court addresses the Motion for James Hearing (**Doc.#45 and 50**) with explanation of this Court's process for addressing same.

**ORDER:**     The Motions for James Hearings at Doc. #45 and 50 are **GRANTED** in part and **DENIED** in part. The Government will make its proffer by **June 29, 2009**, objections will be made by **July 15, 2009** and the Government will file the completed document by **July 17, 2009.**

The Court jointly addresses the Motions to Sever (**Doc. #46 and 51**). Statement from counsel. The Government concedes these motions.

**ORDER:**     Defendant Harris' trial will remain as set on **November 2, 2009 at 1:00 p.m.** with the Final Pretrial Conference date on **October 30, 2009 at 3:00 p.m.** Defendant Senninger's trial is set for **December 7, 2009 at 1:00 p.m.** Final pretrial conference for defendant Senninger is set for **December 4, 2009 at 4:00 p.m.**, all

in Courtroom A901, 901 19th Street, Denver, CO. The motions at **Doc. #46 and 5**1 are **GRANTED.**

The Court addresses defendant Senninger's Motion for Hearing on Rule 404(b) evidence (**Doc. #47).**

Statements from counsel.

**ORDER:** Defendant Senninger's Motion for Hearing (**Doc. #47**) is **GRANTED.** The Government will make its disclosures no later than 21 days prior to trial.

The Court addresses defendant Senninger's Motion for Disclosure of Expert Information (**Doc. #48).**

Statements from counsel.

**ORDER:** The Government will make its Rule 16 disclosures by **June 19, 2009.** Defendant Senninger's Rule 16 Disclosures will be made by **July 15, 2009.** The Rule 16 disclosures by both parties will address all the grounds under Rule 702. Joint Motion under Rule 702 will be filed by **August 17, 2009,** and will include in the motion the amount of time the parties believe they will need for an evidentiary hearing. The Motion for Disclosure of Expert Information (**Doc. #48**) is **GRANTED**.

The Court addresses defendant Senninger's Motion for Discovery (**Doc. #49**).

Statements from counsel.

**ORDER:** Defendant's Motion for Discovery (Doc. #49) is **DENIED** as to counsel's request regarding production of the Government's witness list. The other matters in this motion have been resolved pursuant to representations made by counsel.

The Court addresses the Government's Motion to Seal Document (**Doc. #63**).

Statements from counsel.

**ORDER:** Government's Motion to Seal Document (**Doc. #63) is GRANTED**. The Government is directed to file a properly redacted substitute version by 5:00 p.m., on April 6, 2009 linked to Doc. #60.

**ORDER:** Bond is continued.

**4:38 p.m.     Court in recess.**
**Total Time:   29 minutes.**
**Hearing concluded.**